THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, *v.* JOHN W. BIRDSALL et al., as Assessors of the Town of Yorktown, County of Westchester, Appellants.

(Argued January 7, 1929; decided January 16, 1929.)

*James Dempsey* for appellants.

*George P. Nicholson, Corporation Counsel (I. J. Beaudrias* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.